SCANNELL, Respondent, v. UNION BAG & PAPER CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 8, 1907.) Action by Timothy Scannell against the Union Bag & Paper Company. No opinion. Judgment and order unanimously affirmed with costs.

SCHELLER, Appellant, v. YULE, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 8, 1907.) Action by Max Scheller against James Yule.

PER CURIAM. Judgment of County Court reversed, with costs, and that of the justice affirmed, with costs.

WILLIAMS and ROBSON, JJ., dissent.

SCHRAENKLER, Respondent, v. NATIONAL CAR WHEEL CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. September, 1906.) Action by John Peter Schraenkler against the National Car Wheel Company. No opinion. Motion to dismiss appeal denied, without costs.

SCHWARTZ, Respondent, v. NEW YORK & Q. C. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by Sarah Schwartz against the New York & Queens County Railway Company. No opinion. Judgment and order unanimously affirmed; with costs.